304

## 24746.  CONNOR v. THE STATE.

BROYLES, C. J.  The evidence amply authorized the defendant's conviction of the offense charged (possessing whisky); and the special grounds of the motion for a new trial, complaining of the charge of the court in its entirety and of excerpts from the charge, show no cause for a reversal of the judgment.

*Judgment affirmed. MacIntyre and Guerry, JJ., concur.*

DECIDED APRIL 30, 1935.  REHEARING DENIED MAY 24, 1935.

*Aaron Kravitch,* for plaintiff in error.
*Samuel A. Cann, solicitor-general, Andrew J. Ryan Jr.,* contra.

## 23835.  HALL v. BELL FINANCE COMPANY.

MACINTYRE, J.  1. The petition was brought in the name of "Bell Finance Company." It was insisted by demurrer that no substantial party plaintiff was stated in the petition, because it was not alleged that the Bell Finance Company was either a corporation or a partnership, or an adopted trade name. In an amendment to the petition it was set out that the plaintiff was a corporation. The court allowed the amendment and overruled the demurrer. *Held,* that the court did not err in allowing the amendment and in overruling the demurrer. *Bremen Foundry & Machine Co.* v. *Boswell,* 22 *Ga. App.* 434, 436 (96 S. E. 182); *Haynes* v. *Armour Fertilizer Works,* 146 *Ga.* 832, 834 (92 S. E. 648); *McKibben* v. *Luther Williams Banking Co.,* 32 *Ga. App.* 419 (2) (123 S. E. 726); *St. Cecilia's Academy* v. *Hardin,* 78 *Ga.* 39, 41 (3 S. E. 305); *Eslinger* v. *Herndon,* 158 *Ga.* 823, 826 (124 S. E. 169).

2. All the other points made in this case have been decided adversely to the contentions of the plaintiff in error by the Supreme Court of this State in answer to questions certified by this court in the case sub judice.  See *Hall* v. *Bell Finance Co., Bell Finance Co.* v. *Johnson,* 180 *Ga.* 567 (179 S. E. 703).

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED MAY 24, 1935.

*Thomas L. Hill,* for plaintiff in error.
*C. W. Killebrew, Isaac S. Peebles Jr.,* contra.